# EXHIBIT D

**Exhibit D**

| Aevoe Accused Products |
| --- |
| iVisor Glass Privacy for iPhone 6 Plus |
| iVisor XT for iPhone 6 Plus |
| iVisor AG for iPhone 6 Plus |
| iVisor Glass for iPhone 6 Plus |
| iVisor Glass Privacy for iPhone 6 |
| iVisor XT for iPhone 6 |
| iVisor AG for iPhone 6 |
| iVisor Glass for iPhone 6 |
| iVisor XT for iPhone 5/5s/5c |
| iVisor AG for iPhone 5/5s/5c |
| iVisor Glass for iPhone 5/5s/5c |
| iVisor XT for iPhone 4/4s |
| iVisor AG for iPhone 4/4s |
| iVisor AG for iPod Touch |
| iVisor Glass for iPad Air 2 |
| iVisor XT for iPad Air 2 |
| iVisor AG for iPad Air 2 |
| iVisor XT for iPad mini |
| iVisor AG for iPad mini |
| iVisor Glass for iPad mini |
| iVisor XT for iPad Air |
| iVisor AG for iPad Air |
| iVisor XT for iPad |
| iVisor AG for iPad |
| iVisor AG for GALAXY Note 4 |
| iVisor Glass for GALAXY Note 4 |
| iVisor XT for Galaxy Note 3 |
| iVisor AG for Galaxy S6 Edge |
| iVisor Glass for Galaxy S6 |
| iVisor Glass for Samsung Galaxy S5 |
| iVisor XT for Samsung Galaxy S5 |
| iVisor AG for Galaxy S4 |
| iVisor XT for Galaxy S4 |
| iVisor AG for GALAXY SIII |
| iVisor AG for HTC One (M8) |
| iVisor XT for Fire Phone |
| iVisor AG for Fire Phone |
| iVisor AG for Galaxy S4 mini |
| iVisor AG for GALAXY Alpha™ |
| iVisor AG for GALAXY Mega® 2 |
| iVisor Glass for LG G4 |

**Exhibit D**

| |
|---|
| iVisor AG for LG G3 Vigor |
| iVisor AG for Galaxy Tab 4 (8.0) |
| iVisor AG for Galaxy Tab® S 8.4 |
| iVisor AG for Galaxy Tab® S 10.5 |
| iVisor XT for Galaxy Note 8 |
| iVisor XT for Galaxy Tab 3 |
| iVisor AG for Samsung Galaxy Note Pro 12.2 |
| iVisor AG for Samsung Galaxy Tab 4 |
| iVisor AG for LG G Pad F 8.0 |
| iVisor AG for LG G Pad 7 |
| iVisor XT for Kindle Voyage |
| iVisor XT for Fire HD 7 |
| iVisor XT for Fire HD 6 |
| iVisor XT for Kindle Fire HDX 8.9 |
| iVisor XT for Kindle Fire HDX 7 |
| iVisor XT for new Kindle Fire HD |
| iVisor AG for Retina MacBook 12 |
| iVisor AG for MacBook Pro |
| iVisor AG for MacBook Pro Retina |
| iVisor AG for MacBook Air |

**Exhibit D**