# EXHIBIT E

# moshi

PRODUCTS  ABOUT  SUPPORT  REGISTER  WHERE TO BUY  MY ACCOUNT

Home  Products  Film Protectors  Screen Protectors  iVisor AG for iPhone 6

Description  Features  Specifications  Instruction



$24.95  Add to Cart

Designed For    iPhone 6/6s

Color    ◯ ◯

## Description

iVisor AG is a matte, anti-glare screen protector that provides complete edge-to-edge protection to cover the full curved screen of your iPhone 6. Unlike other screen protectors, iVisor's patented technology allows for an effortless installation and is guaranteed to be 100% bubble-free. iVisor AG is surface-treated for enhanced scratch protection, smudge resistance, and anti-glare properties while retaining maximum clarity and covering the full iPhone screen from edge to edge.

## Instructions

### Installation Instructions

Please follow the step-by-step instructions on how to install iVisor on your iPhone.

- Step 1: Use the microfiber cloth included in the package to wipe away any dust particles on iPhone screen. Do NOT use any cleaning solvents except pure water.
- Step 2: Peel off iVisor's backside protective film (labeled #1) gently before applying to screen.
- Step 3: Align iVisor starting at the bottom; make sure iVisor's circular opening aligns with iPhone's "home" button.
- Step 4: Gently apply pressure around the borders of iVisor to secure it in place.

Notes:
Do not bend or fold iVisor. Crease marks are permanent and will affect performance.
Don't throw away the original packaging and back sticker. Use them for temporary storage.

### Cleaning Instructions

Use the included microfiber cloth to wipe any fingerprint smears or smudges from iVisor's front surface. Apply some water to the cloth to remove any stubborn stains. In the rare occasion that iVisor has lost its grip due to dust or lint buildup, a complete wash is necessary.

For a complete wash, use a mild detergent (such as dish washing liquid) and water to hand wash both sides of iVisor. Use your thumbs to brush away any dust or lint attached to iVisor's adhesive border. Rinse and gently shake to dry. Use the included microfiber cloth to gently wipe away any remaining water droplets on the iVisor. Do not use the microfiber cloth on the adhesive border. Let iVisor dry naturally by placing it on a dry paper towel with the adhesive border facing upward. Make sure no dust or lint particles stick to iVisor's adhesive border during drying then reapply. After a successful wash, iVisor's adhesive border should restore to its original stickiness.



**Product Registration**

Register



**Where To Buy**

See iVisor AG for iPhone 6 at a retailer near you.

Find A Store



**FAQ**

Get answers about iVisor AG for iPhone 6 before you buy.

Have A Question

Press & Media    Warranty    Become A Reseller    Jobs    Privacy & Terms                English

Enter Email For Moshi News    Submit

**Exhibit E**

 

PRODUCTS ABOUT SUPPORT REGISTER WHERE TO BUY MY ACCOUNT

Home Products Film Protectors Screen Protectors iVisor XT for iPhone 6

Description Features Specifications Instruction

$24.95 Add to Cart

Designed For iPhone 6

Color

  



## Description

iVisor XT is a crystal clear screen protector that provides complete edge-to-edge protection for your iPhone 6 Plus curved screen. Unlike other screen protectors that require a tedious installation process, iVisor's can be applied in seconds and is 100% bubble-free. A multi-layer design ensures optimal touch sensitivity, absolute clarity, and full edge-to-edge screen protection. iVisor XT is surface treated for enhanced scratch protection.

## Instructions

### Installation Instructions

Please follow the step-by-step instructions on how to install iVisor on your iPhone.

- Step 1: Use the microfiber cloth included in the package to wipe away any dust particles on iPhone screen. Do NOT use any cleaning solvents except pure water.
- Step 2: Peel off iVisor's backside protective film (labeled #1) gently before applying to screen.
- Step 3: Align iVisor starting at the bottom; make sure iVisor's circular opening aligns with iPhone's "home" button.
- Step 4: Gently apply pressure around the borders of iVisor to secure it in place.

Notes:
Do not bend or fold iVisor. Crease marks are permanent and will affect performance.
Don't throw away the original packaging and back sticker. Use them for temporary storage.
You may notice rainbow-like patterns beneath the iVisor when your device is off or viewed at a slanted angle. This is a natural optical phenomenon and is not a defect. It should not affect viewing or performance.

### Cleaning Instructions

Use the included microfiber cloth to wipe any fingerprint smears or smudges from iVisor's front surface. Apply some water to the cloth to remove any stubborn stains. In the rare occasion that iVisor has lost its grip due to dust or lint buildup, a complete wash is necessary.

For a complete wash, use a mild detergent (such as dish washing liquid) and water to hand wash both sides of iVisor. Use your thumbs to brush away any dust or lint attached to iVisor's adhesive border. Rinse and gently shake to dry. Use the included microfiber cloth to gently wipe away any remaining water droplets on the iVisor. Do not use the microfiber cloth on the adhesive border. Let iVisor dry naturally by placing it on a dry paper towel with the adhesive border facing upward. Make sure no dust or lint particles stick to iVisor's adhesive border during drying then reapply. After a successful wash, iVisor's adhesive border should restore to its original stickiness.



**Product Registration**

**Where To Buy**
See iVisor XT for iPhone 6 at a retailer near you.

**FAQ**
Get answers about iVisor XT for iPhone 6 before you buy.

Register    Find A Store    Have A Question

Press & Media    Warranty    Become A Reseller    Jobs    Privacy & Terms    English

Enter Email For Moshi News    Submit

Copyright © 2015 Moshi Corp, All rights reserved.
All prices and product specifications subject to change without notice.



PRODUCTS  ABOUT  SUPPORT  REGISTER  WHERE TO BUY  MY ACCOUNT

Home  Products  Film Protectors  Screen Protectors  iVisor Glass for iPhone 6

Description   Features   Specifications   Instruction



$39.95   Add to Cart

Designed For   iPhone 6/6s

Color

     



## Description

iVisor Glass is made with atomically-strengthened IonGlass™, which exhibits exceptional hardness exceeding that of tempered steel. This makes the surface nearly impossible to scratch, even with a knife. Precision-tooled for the curved screen of your iPhone 6, iVisor Glass provides complete edge-to-edge screen protection. With full screen protection, iVisor's proprietary design allows for an effortless, bubble-free installation. Our iPhone 6 glass screen protector is 0.3 mm thin and features rounded edges to covers your full screen and perfectly blends into your iPhone screen. Once installed, you won't notice any difference in screen clarity and touch sensitivity. Completely scratch-proof, shock-proof, and bubble-free, Moshi's iVisor Glass full screen protector is like a bulletproof vest for your iPhone touchscreen.

## Instructions

### Installation Instructions:

Please follow the step-by-step instructions on how to install iVisor Glass on your iPhone.

- Step 1: Use the microfiber cloth included in the package to wipe away any dust particles on iPhone screen.
  Do NOT use any cleaning solvents except pure water.
- Step 2: Peel off iVisor's backside protective film (labeled #1) gently before applying to screen.
- Step 3: Align iVisor starting at the bottom; make sure iVisor's circular opening aligns with iPhone's "home" button.
- Step 4: Gently apply pressure around the borders of iVisor to secure it in place.

Notes: Do not bend or fold iVisor. Like any glass sheet, iVisor will be permanently damaged if bent. Don't throw away the original packaging and back sticker; use them for temporary stow-away.

### Removal Instructions



Use the included suction cup to remove or reposition iVisor Glass.

Step ( 1 )  ( 2 )


**Product Registration**


**Where To Buy**
See iVisor Glass for iPhone 6 at a retailer near you.


**FAQ**
Get answers about iVisor Glass for iPhone 6 before you buy.

Register | Find A Store | Have A Question

Press & Media    Warranty    Become A Reseller    Jobs    Privacy & Terms    English

Enter Email For Moshi News    Submit

Copyright © 2015 Moshi Corp, All rights reserved.
*All prices and product specifications subject to change without notice.*