## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Racing Optics, Inc., a Nevada corporation<br><br>Plaintiff<br><br>v.<br><br>Aevoe Corp. d/b/a Moshi, a California corporation<br><br>Defendant | Civil No.: 2:15-cv-01774-JCM-VCF |

### AFFIDAVIT OF SERVICE

I, Nate Freed, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Complaint with Exhibits A-E in the above entitled case.

That I am over the age of eighteen years and I am not a party to or otherwise interested in this matter.

That on September 16, 2015 at 4:50 PM, I served Aevoe Corp. with the Summons and Complaint with Exhibits A-E at 221 Main Street, Suite 1630, San Francisco, California 94105 by serving Devin Hallatt, Coordinator, authorized to accept.

Devin Hallatt is described herein:
Gender: Female    Race/Skin: White    Hair: Blonde    Age: 28    Height: 5'8"    Weight: 130

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

Executed on: SEP 17 2015

Nate Freed, Lic. #1180 San Francisco
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 15-128223                                                                                           Client Reference: 058628.0948391