# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

RACING OPTICS, INC.,

                Plaintiff,

vs.

AEVOE CORP.,

                Defendant.

2:15-cv-01774-RCJ-VCF

**ORDER**

       Before the court is Plaintiff's Motion to Compel (#45).

       IT IS HEREBY ORDERED that a hearing on Plaintiff's Motion to Compel (#45) is scheduled for 11:00 a.m., April 13, 2016, in courtroom 3D.

       DATED this 17th day of March, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE