**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

RACING OPTICS, INC.,

        Plaintiff,

vs.

AEVOE CORP.,

        Defendant.

2:15-cv-01774-RCJ-VCF

**ORDER**

Before the court is Racing Optics' Request to File Under Seal (ECF No. 105).

IT IS HEREBY ORDERED that any opposition to Racing Optics' Request to File Under Seal (ECF No. 105) must be filed on or before July 18, 2016.

DATED this 14th day of July, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE