# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RACING OPTICS, INC., a Nevada Corporation,<br><br>       Plaintiff,<br><br>    vs.<br><br>AEVOE CORP., d/b/a/ MOSHI, a California corporation,<br><br>       Defendants. | Case No.: 2:15-CV-01774-RCJ-VCF<br><br>**ORDER VACATING AND RESCHEDULING ORAL ARGUMENT** |

**ORDER IN CHAMBERS**

   Presently before the Court is Defendant's Motion for Partial Judgment on the Pleadings (ECF #66). Accordingly,

   IT IS HEREBY ORDERED that Oral Argument currently set for 10:00 A.M., Thursday, July 28, 2016, in LAS VEGAS Courtroom 4B, is VACATED and RESCHEDULED to 09:00 A.M., Friday, July 29, 2016, in Las Vegas Courtroom 4B, before Judge Robert C. Jones.

   IT IS SO ORDERED this 18TH day of July, 2016.

_____
ROBERT C. JONES
District Judge