# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

**\*\*\***

RACING OPTICS, INC.,

               Plaintiff,

vs.

AEVOE CORP., d/b/a MOSHI,

               Defendant.

2:15-cv-01774-RCJ-VCF

**<u>MINUTE ORDER</u>**

The Court has reviewed Racing Optics' Requests to File Under Seal (ECF Nos. 117 and 125) and Aevoe Corp.'s Motion for Leave to File Document Under Seal (ECF No. 130).

The parties have given good cause and sufficient reasons to seal the requested documents.

Accordingly,

IT IS HEREBY ORDERED that Racing Optics' Requests to File Under Seal (ECF Nos. 117 and 125) and Aevoe Corp.'s Motion for Leave to File Document Under Seal (ECF No. 130) are GRANTED.

DATED this 3rd day of August, 2016.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE