# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| RACING OPTICS, INC., <br><br> Plaintiff, <br><br> vs. <br> AEVOE CORP., d/b/a MOSHI, <br><br> Defendant. | 2:15-cv-01774-RCJ-VCF <br> **ORDER** |

Before the court is Racing Optics' Motion for leave to file a second amended complaint (ECF No. 167).  Defendant filed a non-opposition.  (ECF No. 172).

Accordingly, and good cause appearing,

IT IS HEREBY ORDERED that Racing Optics' Motion for leave to file a second amended complaint (ECF No. 167) is GRANTED.

IT IS FURTHER ORDERED that the second amended complaint must be filed on or before October 7, 2016.

DATED this 4th day of October, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE