**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RACING OPTICS, INC., a Nevada corporation, and AIR OPTICS, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>AEVOE CORP., d/b/a MOSHI, a California corporation,<br><br>Defendant. | Case No.: 2:15-cv-01774-RCJ-VCF<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Racing Optics, Inc. and Air Optics, LLC ("Plaintiffs") and Defendant Aevoe Corp. ("Defendant"), having resolved Plaintiffs' claims for relief against Defendant, hereby stipulate to dismiss Plaintiffs' claims for relief against Defendant with prejudice and further stipulate to dismiss Defendant's counterclaims thereto. Plaintiffs and Defendant will each bear their own costs and fees related to the above captioned matter and each waive the right to make a claim against the other for such costs, attorney's fees or any other expenses associated with the matters being resolved here.

/ / /

/ / /

/ / /

| | |
|---|---|
| Dated: March 28, 2017 | Respectfully Submitted, |
| /s/ Kelly H. Dove | /s/ Gregory V. Novak |
| **KILPATRICK TOWNSEND & STOCKTON LLP** | By: **POLSINELLI PC** |
| JOSHUA B. POND (*pro hac vice*) | Gregory Novak (*pro hac vice*) |
| AKARSH P. BELAGODU (*pro hac vice*) | 1000 Louisiana Street, 53rd Floor |
| Suite 900, 607 14th Street, NW | Houston, TX 77002 |
| Washington, DC 20005 | Telephone: (713) 374-1600 |
| Telephone: 202 508 5854 | Facsimile: (713) 374-1601 |
| Telephone: 202 508 5853 | gnovak@polsinelli.com |
| jpond@kilpatricktownsend.com | |
| abelagodu@kilpatricktownsend.com | **POLSINELLI LLP** |
| | Wes Klimczak (*pro hac vice*) |
| STEVEN D. MOORE (*pro hac vice*) | 1661 Page Mill Road, Suite A |
| Two Embarcadero Center, Suite 1900 | Palo Alto, CA 94304 |
| San Francisco, CA 94111 | Telephone: (650) 461-7700 |
| Telephone: 415 273 4741 | Facsimile: (650) 461-7701 |
| smoore@kilpatricktownsend.com | wklimczak@polsinelli.com |
| | |
| MEGAN E. BUSSEY (*pro hac vice*) | **MCDONALD CARANO WILSON LLP** |
| The Grace Building | Jeffrey A. Silvestri |
| 1114 Avenue of the Americas | Craig A. Newby |
| New York, NY 10036 | 2300 West Sahara Avenue, Suite 1200 |
| Telephone: 212 775 8708 | Las Vegas, NV 89102 |
| mbussey@kilpatricktownsend.com | jsilvestri@mcdonaldcarano.com |
| | cnewby@mcdonaldcarano.com |
| WILLIAM E. MOSLEY (*pro hac vice*) | |
| NORRIS P. BOOTHE (*pro hac vice*) | **WINSTON & STRAWN LLP** |
| 1080 Marsh Road | David S. Bloch (*pro hac vice*) |
| Menlo Park, CA 94025 | Thomas J. Kearney (*pro hac vice*) |
| Telephone: 650-324-6364 | 101 California Street |
| Telephone: 650-462-5305 | San Francisco, CA 94111-5894 |
| wmosley@kilpatricktownsend.com | Telephone: (415) 591-1452 |
| nboothe@kilpatricktownsend.com | Email: dbloch@winston.com |
| | tkearney@winston.com |
| **SNELL & WILMER LLP** | |
| CHAD R. FEARS (NV Bar No. 6970) | *Attorneys for Defendant* |
| KELLY H. DOVE (NV Bar No. 10569) | |
| 3883 Howard Hughes Pkwy #1100 | |
| Las Vegas, NV 89169 | |
| Telephone: 775 785 5206 | IT IS SO ORDERED this 5th day of April, 2017. |
| Telephone: 775 785 5286 | |
| cfears@swlaw.com | |
| kdove@swlaw.com | _____ |
| | ROBERT C. JONES |
| **HIGGINS BENJAMIN, PLLC** | |
| KENNETH J. GUMBINER (*pro hac vice*) | |
| 301 N. Elm Street, Suite 800 | |
| Greensboro, NC 27401 | |
| Telephone: 336 808 8012 | |
| kgumbiner@greensborolaw.com | |
| *Attorneys for Plaintiffs* | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2017, the foregoing was electronically filed with the CM/ECF system, which will send a notification of such filing to all counsel of record.

By: /s/ Ruby Lengsavath
An Employee of Snell & Wilmer L.L.P.

4828-9087-5718

3
STIPULATION OF DISMISSAL WITH PREJUDICE
57524423.2